# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132939 & (39)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DIARRA DAMARI DRUMMOND,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132939
COA: 263560
Oakland CC: 05-201193-FC

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the trial court is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007 _____

p0416

_____
Clerk